FILED
CLERK U.S. DISTRICT COURT
NOV 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

ORIGINAL

FINDING RE PROBABLE CAUSE

On November 2, 2013, at 2:22 p.m., Agent Stephen Khoobyarian of the FBI appeared before me regarding the probable cause arrest of defendant Paul Anthony Ciancia occurring on November 1, 2013, 10:00 a.m., at Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/does not exist probable cause to arrest the defendant(s) for a violation of Title 18, United States Code, Sections 1114 and 37.

/X/ It is ordered that defendant(s) Paul Anthony Ciancia be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / ~~40~~ on November 4, 2013, or as soon thereafter as defendant is medically fit to appear.

/___/ It is ordered that defendant(s) Paul Anthony Ciancia be discharged from custody on this charge forthwith.

DATED: November 2, 2013, at 2:22 a.m/**p.m.**

THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE