# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL ANTHONY CIANCIA  Defendant. | Eastern Division<br><br>Case #: 2:13-MJ-02894<br>Initial App. Date: 12/04/2013<br>Time: 10:00 AM<br><br>Hospitalized Defendant<br>Date Filed: 11/02/2013<br>Violation: 18 U.S.C. Sections 1114 and 37<br>CourtSmart: Pamela Betalo, Court Reporter |
| | Complaint & Warrant<br>Custody |

| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: David T. Bristow** | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**   Deb Taylor         Melissa Mills/Patrick Fitzgerald         / None

------------------------------------------------------------------------------------
*Deputy Clerk          Assistant U.S. Attorney          Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit. Financial Affidavit ordered SEALED.

☑ Attorney: Hilary L Potashner and John L Littrell ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing set for 12/18/13 at 4:30 p.m. in Los Angeles before the duty judge

☑ PIA set for 12/26/13 at 1:00 PM in LA.

☑ Defendant committed to the custody of the U.S. Marshal

☑ PSA, ☑ FINANCIAL, ☑ READY

Deputy Clerk Initials: dts
00 : 10